UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In Re:

           Chapter 13

           Case No.

        Debtor(s)
-----------------------------------------------------------x

## TRUSTEE'S REPORT OF UNCLAIMED DIVIDENDS

To:  THE CLERK OF THE BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK:

     Jeffrey L. Sapir, Trustee of the estate of the above named debtor, reports that the following dividend is unclaimed over 90 days from the date of issuance:

    CLAIMANT NAME & LAST KNOW ADDRESS        AMOUNT OF DIVIDEND

    Trustee check number _____ to your order in the sum of $ _____ is annexed representing the total of the aforesaid unclaimed dividend.

Dated:  White Plains, New York

           Respectfully submitted,

           JEFFREY L. SAPIR
           Standing Chapter 13 Trustee
           399 Knollwood Road, Suite 102
           White Plains, NY 10603
           914-328-6333